# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-30522

———————

Pebbles Martin, *formerly identified in these proceedings as* Jane Doe,

*Plaintiff—Appellee*,

*versus*

LCMC Health Holdings, Incorporated; Louisiana Children's Medical Center,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-411

———————————————————

## UNPUBLISHED ORDER

Before Jones, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' opposed motion for a temporary administrative stay of district court's remand order is GRANTED.