# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 9, 2023
Lyle W. Cayce
Clerk

No. 23-30522

Pebbles Martin, *formerly identified in these proceedings as* Jane Doe,

    *Plaintiff—Appellee*,

versus

LCMC Health Holdings, Incorporated; Louisiana Children's Medical Center,

    *Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-411

### UNPUBLISHED ORDER

Before Jones, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's opposed motion to stay district court's remand order pending appeal is CARRIED WITH THE CASE.